IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL ERIC COBBLE,           )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:19cv416-MHT
                              )           (WO)
U.S. ATTORNEY GENERAL,        )
CURRENT AND FUTURE,           )
                              )
     Defendant.               )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

(3) Plaintiff's motion to proceed in forma pauperis (doc. no. 2) is denied.

(4) Plaintiff's petition for writ of mandamus (doc. no. 1) is denied without prejudice, and this lawsuit is

dismissed without prejudice for failure to pay the required filing and administrative fees upon initiation of the case.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of July, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**